___



**SO ORDERED,**

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: May 16, 2019

The Order of the Court is set forth below. The docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

TANGA D. ROBINSON,  CASE NO. 19-00462-NPO

**DEBTOR.**  CHAPTER 13

Edwin Woods, Esq., Counsel for the Debtor
Greg Walsh, Esq., Counsel for BankUnited N.A.
Harold J. Barkley, Trustee

## ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on June 3, 2019, at 10:00 a.m., in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to submit the appropriate order or judgment related to the hearing scheduled to take place on April 29, 2019, on the Objection to Confirmation of the Plan (Dkt. #18) filed by BankUnited N.A. *See* Miss. Bankr. L. R. 1001-1(g) and 9013-1(e).

##END OF ORDER##