**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                           CHAPTER 13 NO.:

TANGA D. ROBINSON                                                                     19 - 00462 – NPO

**TRUSTEE'S OBJECTION TO NOTICE OF
POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES**

COMES NOW Trustee, Harold J. Barkley, Jr, and files his Objection to the Notice of Post-Petition Mortgage Fees, Expenses and Charges ["doc" under Claim No. 8] filed herein by Bank United NA in care of Carrington Mortgage Services, LLC; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, Creditor, Bank United NA in care of Carrington Mortgage Services, LLC, filed its Notice of Post-Petition Mortgage Fees, Expenses and Charges with $300.00 for "*bankruptcy/proof of claim fees*", $350.00 for "*plan review*" and $500.00 for "*plan objection*".

2. That, said fees are excessive and should be reduced to a total of $350.00.

3. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Objection, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: July    5   , 2019

                                                                        Respectfully submitted,

                                                                        /s/Harold J. Barkley, Jr.
                                                                        HAROLD J. BARKLEY, JR. – MSB #2008
                                                                        CHAPTER 13 TRUSTEE
                                                                        POST OFFICE BOX 4476
                                                                        JACKSON, MS 39296-4476
                                                                        PHONE:  601/362-6161
                                                                        FAX:  601/362-8826
                                                                        E-MAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

       I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Edwin Woods, Jr.
lwilkinson@bondnbotes.com

Tanga D. Robinson
513 Castlewoods Blvd.
Brandon, MS 39047

Carrington Mortgage Services LLC
Bankruptcy Department
1600 S Douglas Rd. Suite 200-A
Anaheim, CA 92806

Carrington Mortgage Services, LLC
Bankruptcy Department
Post Office Box 3730
Anaheim, CA 92806


Dated: July    5   , 2019

                                                      /s/Harold J. Barkley, Jr.
                                                      HAROLD J. BARKLEY, JR.